Automobile Bonding Company, appellant, v. Edd C. Shain, appellee.  Gen. No. 35,723.

Matchett, J., dissents.  Opinion filed March 28, 1932.

Short, Rothbart, Willner & Lewis, for appellant; Seymour M. Lewis, of counsel.  Ralph A. Berkowitz, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Joseph Bezark, appellant, v. Mollie Bezark, appellee.  Gen. No. 35,432.

Opinion filed March 28, 1932.

Albert G. Rosenbaum, for appellant.  No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Pauline Mikus, defendant in error, v. Charles Baronowski, plaintiff in error.  Gen. No. 35,673.

Opinion filed March 28, 1932.

John S. O'Donnell, for plaintiff in error; William T. Pridmore and Helen A. O'Mara, of counsel.  Alfred O'Connor, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.